148 A.3d 738

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MI-
CHAEL A. PRYOR (A/K/A MICHAEL POLITE, MICHAEL
A. POLITE), DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000550-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 738

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAWUD S. GREENE (A/K/A JUSTICE GREENE),
DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000031-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.